**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NORRIS WILLIAMS,                                                               PLAINTIFF
ADC #101152

V.                                          4:14CV00514-SWW

KIM LLOYD, et al.                                                             DEFENDANTS

**<u>JUDGMENT</u>**

     Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's federal Constitutional claims against Defendants are DISMISSED with prejudice, and Plaintiff's state law tort claim is DISMISSED without prejudice.  The relief sought is denied.

     The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Memorandum and Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

     IT IS SO ORDERED this 11th day of September, 2014.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE